UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANASTAZIA SCHMID, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Cause No. 1:14-cv-200-WTL-TAB |
| | ) |
| STEVE MCCAULEY, | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court having this day made its entry on Anastazia Schmid's petition for writ of habeas corpus, the civil action docketed as Cause No. 1:14-cv-200-WTL-TAB is **DISMISSED** as untimely.

SO ORDERED: 06/24/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy to:**

**Anastazia Schmid
122585
Indiana Women's Prison
Inmate Mail/Parcels
2596 Girls School Road
Indianapolis, IN 46214**

Copies to all counsel of record via electronic communication.